

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081　　99 Hudson Street, 8th Floor
Fax: [212] 965-9084　　New York, New York 10013
　　　　　　　　　　　　　nsbcivilrights.com

June 7, 2017

<u>Via ECF</u>
Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Reginald Connor v. City of New York, et al.*, 15-cv-7079 (ILG)(RER);
             *Everton Wagstaffe v. City of New York, et al.*, 15-cv-7089 (ILG)(RER)

Dear Judge Reyes:

    We write jointly on behalf of Plaintiffs and Defendant City of New York to inform the Court that Plaintiffs have each reached an agreement with the City to settle the above-referenced matters. The parties will file Stipulations and Orders of Dismissal and Stipulations of Settlement as soon as we finalize the terms of the written settlement agreements.

    Thank you for your consideration of this matter.

    Respectfully,

    /s/ Emma Freudenberger
    Nick Brustin
    Emma Freudenberger
    Amelia Green
    Neufeld Scheck & Brustin, LLP
    99 Hudson Street, 8th Floor
    New York, NY 10013

    **Attorneys for Plaintiff Connor**

    /s/ Marc A. Cannan
    Jonathan C. Moore
    Marc A. Cannan
    Beldock Levine & Hoffman LLP
    99 Park Avenue, Suite 2600

New York, NY 10016

Irving Cohen
Attorney-at-Law
233 Broadway, Suite 1800
New York, New York 10279

**Attorneys for Plaintiff Wagstaffe**

/s/ Mark D. Zuckerman
Senior Counsel
Office of Zachary W. Carter, Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

**Attorney for Defendant City of New York**

CC:

**Via ECF**
All counsel

**Via U.S. Mail**
Carrice Coles
1127 Magnolia Fields
San Antonio, TX 78251